**David Karl DANSER, Petitioner—Appellant,**

v.

**Warden STANSBERRY, Respondent—Appellee.**

No. 09–7187.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 23, 2009.

David Karl Danser, Appellant Pro Se. Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

David Karl Danser, a federal prisoner, appeals the district court's order denying his motion to reopen his previously dismissed 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Danser v. Stansberry,* No. 2:07–cv–00271–JBF–TEM (E.D.Va. Apr. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*